(1) Motion for Leave & Complaint to Proceed In forma Pauperis Due to the Serious Nature of Defendants Conducts [ ]

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED
2005 MAY 24 A 9:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

#102041
Clarence Rutland, Demon Slater, #177985
Silas Borden #127842, et al

(2) Similar Situated, Plaintiffs

Full name and prison number of plaintiff(s)

v.

(4) Sgt. Davidson, Sgt. Jackson
Lt. Babie, and ONE Medical
Profile for Sack Lunch, UnHonored —
Bullock Correctional Facility Similar-Situated
Defendants (5)

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

(3) Jurisdiction
I.
12-11-30 Code 1975 to
42 U.S.C. 1983, 1981².

CIVIL ACTION NO. 2:05cv491-D
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

1. 429 U.S. at 106 F.R.C.P. 8(a)(1) and 8(a)(2)

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit I.d.
   Plaintiff(s) _____
   
   Defendant(s) _____

2. Court (If federal court, name the district; if state court, name the county)
   _____

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **yes**

      6. Approximate date of filing lawsuit **May 20th, 2005**

      7. Approximate date of disposition **(SAP)**

II. PLACE OF PRESENT CONFINEMENT **P.O. Box 5107 Union Springs, AL. 36089**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sgt. Dawson | P.O. Box 5107 Union Springs, AL 36089 |
| 2. Sgt. Jackson | |
| 3. Lt. Babie | |
| 4. Warden, Direct & Indirect tie | |
| 5. this Unconstitutional Officers Actions | |
| 6. designed to Violate, Civil Laws [?] | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **The Defendants were deliberate Indifferent to The Plaintiffs medical Needs, to Discriminate against Them to Violate, 429 U.S at 106 applying Indifferent Standards.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**Statement of Claim: On approximate May 20, 2005, At Sack Lunch Time, The Named Defendants Refused to Honor A Legally Issued, Medical Doctor Profile For Sack Lunches to Be given The Plaintiff But Through Discrimination, the Defendants, deliberatly**

violated secured civil Rights, when they willifully, violated The criminal Counter Part to 18 U.S.C. 242 of 42 U.S.C. 1983 (1)(2)(3)(4)(5)

GROUND TWO:

The Defendants Named Did Not Have Legal Authority to Stop Sack Lunch's, Issued for medical Reasons.

SUPPORTING FACTS:

And Same did, Violate 429 U.S. At 106, applying Deliberate Indifferent Standards, to Secured medical Needs, The Plaintiff's Contents under FRCP 23(a) That The Defendants All Acted with Callous Reckless disregards, to Civil Rights, when They, Denied Sack

GROUND THREE:

Lunch without, any medical Reason, other Than, to go against, Doctor Sedict who Issued

SUPPORTING FACTS:

The medical Profiles, for Sack Lunches In Prison Because what was Done upon Land and Territory of The U.S. In a State Prison, for Beening willifully Indifferent to the Plaintiff medical Needs, The Plaintiff Now Seek 10 Billions In Their Class-Action Suit.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

[,] 477 U.S. At 2510 of FRCP Rule 56(e)

The Plaintiff's makes their Genuine Claims on Personal Knowledge and Occurance, In Medical Denial

Approx. May 20, 2005

/s/ Clarence Rutland #102041
Signature of plaintiff(s)

/s/ Demon U. Slater #177985

/s/ Silas Borden 127842

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 20, 2005
               (date)

/s/ Clarence Rutland #102041
Signature of plaintiff(s)

/s/ Demon U. Slater #177985

/s/ Silas Borden 127842

2.

Neal v. Kelly 963 F.2d At 58
Re: Verified Complaint, etc. FRCP 23(a)

-3-