2:05cv491-D

| State of Alabama Unified Judicial System | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |
|---|---|---|
| Form C-10  Rev 6/88 | | |

RECEIVED 2005 MAY 24 A 9:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE _U.S. Federal District_ COURT OF _Montgomery_ COUNTY

Plaintiff/State                    v. Defendant

IN THE MATTER OF: _Motion for Leave to Proceed In Forma Pauperis_

TYPE OF PROCEEDING:       CHARGE:

[X] CIVIL CASE--I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) -- I request an attorney be appointed for me.

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

AFFIDAVIT

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself?  _No_   ___Yes ___No
   Employer's name and address _____
   How much money do you take home each week? _None_   + $_____

B. If unemployed, give month and year of last employment and amount earned per month  _disabled_ _Act-A_   $_____
                                                                                                        ___Yes ___No

C. Does your husband or wife have a job? _None_   
   Employer's name and address _____
   How much money does he/she take home each week? _None_   + $_____
                                                                      ___Yes ___No

D. Do you receive money or benefits from any other source?
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month? _____   + $_____

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?   ___Yes ___No
   Where? _None_   How much? + $_____

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)   ___Yes ___No
   What? _None_   Total Value + $_____

**DEPENDENTS**

A. Are you: ___Single ___Married ___Widowed ___Divorced ___Separated?   _F.R.C.P. 23(a)_   ___Yes ___No

B. Do you have any dependents?
   Who and what relationship? _F.R.C.P. 23(a)_

| | What does it cost you to live each month? | Wilson | $ none |
|---|---|---|---|
| | Creditor | Total Debt | Monthly Payment |
| D E B T S | Loans | | |
| | Charge Accounts | | |
| | House or rent payments | | |
| | Alimony | | |
| | Support | | |
| | Car payment | | |
| | Groceries | | |
| | Utilities | | |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed-counsel.

Sworn to and subscribed before me this

_____ day of _____, 2005

/s/ Clarence Rutland #102041
/s/ Demon V. Slater #177985
/s/ Alex Borden 127892
/Affiant Signature

Judge/Notary

## ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED     ☐ DENIED

**APPOINTMENT OF ATTORNEY:**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19 ___

_____
Judge