IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CLARENCE JAMES RUTLAND, 102 041  \*
DEMON SLATER, #177 985
SILAS BORDEN, #127 842   \*

   Plaintiff,   \*

     v.   \*   CIVIL ACTION NO. 2:05-CV-491-D

SGT. DAVIDSON, *et al.*,   \*

   Defendants.   \*

_____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action complaining that on May 20, 2005 Defendants failed to honor their medical profiles for sack lunches. Each inmate signed a single motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Accordingly, the Clerk of this court is hereby DIRECTED to:

   1. Open three (3) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Clarence Rutland;

   2. Assign the newly opened cases to the Magistrate Judge and District Judge to which

the instant cause of action is assigned;

    3. Place a copy of the complaint and the *in forma pauperis* affidavit filed by inmates Slater and Borden in the newly opened case files;

    4. Refer these case files to the undersigned for further proceedings upon completion of the foregoing directives.

    Done this 27th day of May, 2005.

                                    /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE