In The United States Federal District Court for Middle District
P.O. Box 711, Montgomery, AL. 36130

RECEIVED 2005 JUN 14 A 9: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Page one:

Clarence Rutland #102041 )
Plaintiff, etal )
 ) Civil Action
Vs ) 2:05-CV-491-D
 )
Sgt. Davidson, etal )
Defendants )

## Motion for Voluntary Dismissal from Enjoining the Similar Plaintiffs Frcp. Rule 41(b) Fcrp Rule 23(a)

Come Now The Plaintiff Seperate, And moves The Court, For Voluntary Dismissal of Him Self from The Above Action of Those That follow, Done This June 13, 2005

Sign: Clarence Rutland
#102041 P.O. Box 5107
Bullock Prison, Union-
Springs, AL. 36089

-1-

Page 2 of Two:

### Certificate of Service

I, Clarence Rutland #102041, did hereby forward Two Pages of this Motion for Voluntary Dismissal of His Name from Pending Actions.

Done this, 13th Day of June 2005 Delivering Same In United States Postal Service System on this Date

/s/ Clarence James Rutland #102041
Bullock Mental Health Prison
P.O. Box 5107, Union Spring, AL 36089

Legal Preamble:
Ex: Plaintiff
CR
/s/ [signature] #102041

- 2 -