IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE RUTLAND, # 102041, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv491-D |
| ) | WO |
| SGT. DAVIDSON, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the defendants and against the plaintiff and that this action be and the same is hereby DISMISSED without prejudice.

DONE this 18th day of July, 2005.

                                /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE